UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:  JOHN PERRY HODGES JR                                    CASE NO.: 17-
ERICKA DAWN HODGES

## CHAPTER 13 PLAN

**I.**     Debtors propose to pay by direct pay into the Chapter 13 Plan monthly payments of $3,590 for sixty (60) months.

**II.**     Claims to be paid directly by debtor.

| | **Estimated Balance Due** | **Monthly Payment** |
|---|---|---|
| **Round Point Mortgage**<br>collateral- house and 2 acres of land located at 290 Bottom Road, Kelly, La | $208,152.00 | $1250.00 |
| **Ditech**<br>collateral- 1998 Chandeleur Mobile Home | $5,795.00 | $217.00 |

**III.**     Claims to be paid by Trustee.

    **A. ATTORNEY AND ADMINISTRATIVE FEES.** McBride Law Firm shall receive attorney and administrative fees of $3,987 (this total includes attorney fees of $3,600 plus reimbursement of the court cost fee of $310, credit counseling fee of $24, and credit report fee of $53) pursuant to the Standing Order Regarding "No-Look" Fees in Chapter 13 Cases (effective 2/1/17). The Trustee shall receive fees of approximately 10% of plan payments.

    **B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

    **1. Personal Property:**

        Barksdale Federal Credit Union: collateral -2016 Jeep Wrangler; estimated secured claim of $31,077 to be paid with interest at 6%. As adequate protection, Barksdale Federal Credit Union shall be paid $25 per month until the debtor's attorney fees are paid in full.

        Barksdale Federal Credit Union: collateral - 2013 Dodge Challenger; estimated secured claim of $21,722 to be paid with interest at 6%. As adequate protection, Barksdale Federal Credit Union shall be paid $25 per month until the debtor's attorney fees are paid in full.

        Cenla Federal Credit Union: collateral - 2015 Polaris Ace; estimated secured claim of $7,674 to be paid with interest at 6%. As adequate protection, Cenla Federal Credit Union shall be paid $25 per month until the debtor's attorney fees are paid in full.

        Ford Motor Credit Company: collateral - 2013 Ford F150; estimated secured claim of $25,212 to be paid with interest at 6%. As adequate protection, Ford Motor Credit Company shall be paid $25 per month until the debtor's attorney fees are paid in full.

        Friendly Finance: collateral - 2004 Dodge Ram & Bass Boat; estimated secured claim of $10,000 to be paid with interest at 6%. As adequate protection, Friendly Finance shall be paid $25 per month until the debtor's attorney fees are paid in full.

        Homeland Federal Savings Bank: collateral - 2011 Arctic Cat Mudpro; estimated secured claim of $2,111 to be paid with interest at 6%. As adequate protection, Homeland Federal Savings Bank shall be paid $25 per month until the debtor's attorney fees are paid in full.

        Pelican State Credit Union: collateral - 2014 GMC Arcadia; estimated secured claim of $27,525 to be paid with interest at 6%. As adequate protection, Pelican State Credit Union shall be paid $25 per month until the debtor's attorney fees are paid in full.

        Pelican State Credit Union: collateral - 2012 Polaris Sportsman Big Boss; estimated secured claim of $5,275 to be paid with interest at 6%. As adequate protection, Pelican State Credit Union shall be paid $25 per month until the debtor's attorney fees are paid in full.

        Ditech: collateral - 1998 Chandeleur Mobile Home; estimated pre-petition arrears in the amount of $1,200. As adequate protection, Ditech shall be paid $25 per month until the debtor's attorney fees are paid in full.

Round Point Mortgage: collateral - house and 2 acres of land located at 290 Bottom Road, Kelly, La; estimated pre-petition arrears in the amount of $6,500. As adequate protection, Round Point Mortgage shall be paid $25 per month until the debtor's attorney fees are paid in full.

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

    Louisiana Department of Revenue    $5,000
    North Dakota Department of Revenue    $200

**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 15% of the claims.

Respectfully submitted this 10th day of March, 2017.

**McBride Law Firm**

  /s/Thomas C. McBride
By: Thomas C. McBride, (#09210)
    tom@tommcbridelaw.com
    Kathryn A. Wiley (#33672)
    kathryn@tommcbridelaw.com
    Thomas C. McBride, LLC
    McBride Law Firm
    301 Jackson Street, Suite 101
    Alexandria, LA 71301
    Telephone (318) 445-8800
    Facsimile (318) 445-8066