Hodges, Jr., John Perry | Period Ending: 12/23/16 | Check Date: 12/29/16

| HOURS | CHECK | Y-T-D | WAGES | CHECK | Y-T-D | PAY | | CHECK | Y-T-D |
|-------|-------|-------|-------|-------|-------|-----|---|-------|-------|
| S/T: | 35.50 | 828.50 | S/T: | 1,029.50 | 24,026.50 | Hourly Wages | : | 1,029.50 | 46,777.00 |
| O/T: | 0.00 | 523.00 | O/T: | 0.00 | 22,750.50 | Per Diem | : | 400.00 | 12,400.00 |
| **DEDUCTIONS** | | | STATUS | CHECK | Y-T-D | **Gross Pay** | : | **1,429.50** | **59,177.00** |
| | | | | | | Inc Tax Gross | : | 1,029.50 | 46,777.00 |
| *** None *** | | | | | | Federal W/H | : | 53.51 | 5,105.49 |
| | | | | | | State W/H (TX) | : | 0.00 | 265.00 |
| Call 800-547-8278 with any questions about this check | | | | | | FICA Tax Gross | : | 1,029.50 | 46,777.00 |
| | | | | | | Soc Security | : | 63.82 | 2,900.17 |
| | | | | | | Medicare | : | 14.93 | 678.27 |
| | | | | | | **Net Pay** | : | **1,297.24** | **50,228.07** |

DO I KNOW WHAT PPE IS REQUIRED?

**BHI ENERGY / STAFFING SOLUTIONS**
(775) 829-2499
5588 LONGLEY LANE
RENO, NV 89511

BANK OF AMERICA
5-13/110

1464532

DATE

12/29/16

AMOUNT

Check Code: 025

$ $$$,$$$.$$

PAY TO THE ORDER OF:

VOID AFTER 90 DAYS

John Perry Hodges, Jr.
290 Bottom Rd.
Kelly, LA 71441

THIS CHECK IS NOT NEGOTIABLE

AUTHORIZED SIGNATURE

⑈1464532⑈ ⑆011000138⑆ 94294 11751⑈

**Hodges, Jr., John Perry**          Period Ending: 02/10/17   Check Date: 02/16/17

| HOURS | CHECK | Y-T-D | WAGES | CHECK | Y-T-D | PAY | CHECK | Y-T-D |
|-------|-------|-------|-------|-------|-------|-----|-------|-------|
| S/T:  | 24.00 | 24.00 | S/T:  | 696.00 | 696.00 | Hourly Wages   : | 696.00 | 696.00 |

| DEDUCTIONS | | | STATUS | CHECK | Y-T-D |
|------------|--|--|--------|-------|-------|

| PAY | CHECK | Y-T-D |
|-----|-------|-------|
| **Gross Pay**       : | **696.00** | **696.00** |
| Inc Tax Gross   : | 696.00 | 696.00 |
| Federal W/H     : | 14.02 | 14.02 |
| State W/H (LA): | 13.32 | 13.32 |
| FICA Tax Gross: | 696.00 | 696.00 |
| Soc Security    : | 43.15 | 43.15 |
| Medicare        : | 10.09 | 10.09 |
| **Net Pay**         : | **615.42** | **615.42** |

*** None ***

Call 800-547-8278 with any questions about this check

DO I KNOW WHAT PPE IS REQUIRED?

---

**BHI ENERGY / STAFFING SOLUTIONS**
(775) 829-2499
5588 LONGLEY LANE
RENO, NV 89511

BANK OF AMERICA
5-13/110

1470214

DATE

02/16/17

AMOUNT

Check Code: 025

$ $$$,$$$.$$

VOID AFTER 90 DAYS

PAY
TO THE
ORDER
OF:

John Perry Hodges, Jr.
290 Bottom Rd.
Kelly, LA  71441

THIS CHECK IS NOT NEGOTIABLE

AUTHORIZED SIGNATURE

⑈1470214⑈ ⑆011000138⑆ 94294 11751⑈

Hodges, Jr., John Perry     Period Ending: 02/17/17     Check Date: 02/23/17

| HOURS | CHECK | Y-T-D | WAGES | CHECK | Y-T-D | PAY | CHECK | Y-T-D |
|-------|-------|-------|-------|-------|-------|-----|-------|-------|
| S/T: | 40.00 | 64.00 | S/T: | 1,160.00 | 1,856.00 | Hourly Wages : | 1,856.00 | 2,552.00 |
| O/T: | 16.00 | 16.00 | O/T: | 696.00 | 696.00 | | | |
| | | | | | | **Gross Pay** : | **1,856.00** | **2,552.00** |
| **DEDUCTIONS** | | | STATUS | CHECK | Y-T-D | Inc Tax Gross : | 1,856.00 | 2,552.00 |
| | | | | | | Federal W/H : | 177.10 | 191.12 |
| | | *** None *** | | | | State W/H (LA): | 56.82 | 70.14 |
| | | | | | | FICA Tax Gross: | 1,856.00 | 2,552.00 |
| Call 800-547-8278 with any questions about this check | | | | | | Soc Security : | 115.07 | 158.22 |
| | | | | | | Medicare : | 26.91 | 37.00 |
| | | | | | | **Net Pay** : | **1,480.10** | **2,095.52** |

## DO I KNOW WHAT PPE IS REQUIRED?

**BHI ENERGY / STAFFING SOLUTIONS**
(775) 829-2499
5588 LONGLEY LANE
RENO, NV 89511

BANK OF AMERICA
6-13/110

1471025

DATE

02/23/17

AMOUNT

Check Code: 025

$$$$,$$$.$$

PAY
TO THE
ORDER
OF:

VOID AFTER 90 DAYS

John Perry Hodges, Jr.
290 Bottom Rd.
Kelly, LA 71441

THIS CHECK IS NOT NEGOTIABLE

AUTHORIZED SIGNATURE

⑈1471025⑈ ⑆011000138⑆ 94294 11751⑈

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA

In Re: **JOHN PERRY HODGES JR**                 Case No.: 17-
        **ERICKA DAWN HODGES**                 Chapter: 13

### Statement Under Penalty of Perjury Concerning Payment Advices
### Due Pursuant to 11 USC §521 (A)(1)(B)(iv)

I, **JOHN PERRY HODGES JR** state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer due to one of the following:

    \_\_\_\_\_ **(a)**    I was not employed during the period immediately preceding the filing of the above-referenced case from

    \_\_**X**\_\_ **(b)**    I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer for the payment dates of September 8th, 15th, 22nd, January 6th, 13th, 20th, 27th, February 2nd, 9th, March 2nd and March 9th.

    \_\_\_\_ **(c)**    I was self employed and did not receive any evidence of payments from

    \_\_\_**(d)**    Other (Please explain, i.e. Retired, etc.)

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: \_\_3 - 10 - 17\_\_             _____
                                             Signature of Debtor

17-80246 - #7  File 03/10/17  Enter 03/10/17 16:46:16  Main Document  Pg 5 of 9

| | PAYLOC FINANCE NO. | EMPLOYEE NAME | | | | | EMPLOYEE ID 04242559 | PAY PERIOD 26 16 | SERIAL NUMBER 00026768 |
|---|---|---|---|---|---|---|---|---|---|
| K | K01 21-6773 | E D HODGES | | | | | | | |

| | | | | | DETAIL EARNINGS | | GROSS TO NET | | | LEAVE STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | | YEAR-TO-DATE | |
| 2 | AD71 | 1740 | 780 | W | 205 | 3567 | GROSS PAY 126106 | | 2392064 | ANNUAL LEAVE / FROM PREV YR |
| 2 | AD72 | 1740 | 780 | W | 1083 | 18844 | FED TAX M3 4134 | | 50243 | EARNED THIS YR / BAL |
| 2 | A001 | 1740 | 780 | W | 508 | 8839 | ST TAXLAM03 3465 | | 53009 | |
| 2 | K001 | 1740 | 780 | W | 880 | 15312 | RETIRE 00 | | 00 | USED YR |
| 2 | AD53 | 1740 | 780 | W | 483 | 8404 | MEDICARE 1754 | | 32828 | THIS PP |
| 1 | AD71 | 1740 | 780 | W | 147 | 2558 | FDV-D 5122 | | 128050 | BALANCE |
| 1 | AD72 | 1740 | 780 | W | 1200 | 20880 | HT100SLF 3500 | | 42000 | SICK LEAVE |
| 1 | A001 | 1740 | 780 | O | 59 | 1540 | SOSEC 7501 | | 140369 | FROM PREV YR |
| 1 | A001 | 1740 | 780 | W | 403 | 7012 | NET 100630 | | 8 | EARNED THIS YR |
| 1 | K001 | 1740 | 780 | W | 1717 | 29876 | EM-E 76245 | | 1265099 | USED YR |
| 1 | AD53 | 1740 | 780 | W | 533 | 9274 | | | | THIS PP |
| 2 | AD71 | .650 | E43 | M | 3500 | 2275 | | | | BALANCE |
| 2 | AD72 | .650 | E29 | M | 21000 | 13650 | | | | LEAVE WITHOUT PAY |
| 2 | A001 | .650 | E44 | M | 8800 | 5720 | | | | THIS PP |
| 2 | K001 | 7930 | E44 | T | 100 | 7930 | | | | CUMULATIVE |
| | | OTHER | EMA | | | 46670 | | | | USPS RETIREMENT |

NET PAY  1768.75  NT BK  .00

PS FORM 1223-B JUNE 1985 — EARNINGS STATEMENT

POSTMASTER/MANAGER
1008 E FRONT ST
OLLA LA 71465-9998

12-30-2016
00026768

ERICKA D HODGES
290 BOTTOM RD
KELLY LA  71441-2018

| | | | | | | |

| K | K01 | 21-6773 | E D HODGES | | 04242559 | 01 17 | 00027932 |
|---|-----|---------|------------|---|----------|--------|----------|
| | PAYLOC | FINANCE NO. | EMPLOYEE NAME | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | | LEAVE STATUS |
|---|---|---|---|---|---|---|---|---|---|

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE |
|----|---------|------|------|-----|-------|-----|---|-------------|--------------|-------------|
| 2 | AD71 | 1740 | 780 | W | 73 | 1270 | GROSS PAY | 108054 | 108054 | FROM PREV YR |
| 2 | AD72 | 1740 | 780 | W | 967 | 16826 | FED TAX M3 | 2289 | 2289 | EARNED / THIS YR |
| 2 | K001 | 1740 | 780 | W | 1760 | 30624 | ST TAXLAM03 | 2797 | 2797 | BAL |
| 2 | AD02 | 1740 | 780 | W | 83 | 1444 | RETIRE | 00 | 00 | USED YR |
| 2 | AD03 | 1740 | 780 | W | 200 | 3480 | MEDICARE | 1493 | 1493 | THIS PP |
| 1 | AD72 | 1740 | 780 | W | 967 | 16826 | FDV-D | 5122 | 5122 | BALANCE |
| 1 | K001 | 1740 | 780 | W | 1760 | 30624 | HT100SLF | 3500 | 3500 | SICK LEAVE |
| 1 | AD03 | 1740 | 780 | W | 400 | 6960 | SOSEC | 6382 | 6382 | FROM PREV YR |
| 2 | AD71 | .650 | E43 | M | 1200 | 780 | NET | 86471 | | EARNED THIS YR 3 |
| 2 | AD72 | .650 | E29 | M | 4000 | 9100 | EM-E | 54385 | 54385 | USED YR |
| 2 | K001 | 7930 | E44 | T | 200 | 15860 | | | | THIS PP |
| 2 | AD02 | 710 | E43 | H | 100 | 710 | | | | BALANCE |
| 2 | AD03 | .650 | E12 | M | 1300 | 845 | | | | LEAVE WITHOUT PAY |
| 2 | AD72 | .650 | E29 | M | 4000 | 9100 | | | | THIS PP |
| 1 | K001 | 7930 | E44 | T | 200 | 15860 | | | | CUMULATIVE |
| | | OTHER | EMA | | | 2130 | | | | |
| | | | | | | | | | | USPS RETIREMENT |
| | | | | | | | | | | .00 |

NET PAY  1408.56  NT BK

PS FORM 1221-8 JUNE 1985   EARNINGS STATEMENT

POSTMASTER/MANAGER
1008 E FRONT ST
OLLA LA 71465-9998

01-13-2017
00027932

ERICKA D HODGES
290 BOTTOM RD
KELLY LA 71441-2018

PS FORM 1223-B, JUNE 1985

| | | DETAIL EARNINGS | | | | | GROSS TO NET | THIS PERIOD | YEAR-TO-DATE | LEAVE STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE |
| 2 | A072 | 1740 | 780 | W | 1450 | 25230 | GROSS PAY | 100746 | 208800 | FROM PREV YR |
| 2 | K001 | 1740 | 780 | W | 1760 | 30624 | FED TAX M3 | 1424 | 3713 | EARNED THIS YR |
| 2 | A053 | 1740 | 780 | W | 533 | 9274 | ST TAX LA M03 | 2477 | 5274 | EARNED BAL |
| 2 | A003 | 1740 | 780 | W | 200 | 3480 | RETIRE | 00 | 00 | USED YR |
| 1 | A072 | 1740 | 780 | W | 967 | 16826 | MEDICARE | 1367 | 2860 | THIS PP |
| 1 | K001 | 1740 | 780 | W | 880 | 15312 | FDV-V | 1204 | 1204 | BALANCE |
| 2 | A072.655 | | E29 | M | 21000 | 13755 | FDV-D | 5267 | 10389 | SICK LEAVE |
| 2 | K001 | 7991 | E44 | T | 200 | 16703 | HT100SLF | 4000 | 7500 | FROM PREV YR |
| 2 | A053.655 | | E32 | M | 8100 | 5306 | SOSEC | 5845 | 12227 | EARNED THIS YR |
| 2 | A003 | 715 | E12 | H | 200 | 1430 | NET | 79162 | 0 | USED YR |
| 1 | A072.655 | | E29 | M | 14000 | 9170 | EM-E | 54355 | 108740 | THIS PP |
| 1 | K001 | 7991 | E44 | T | 100 | 7991 | | | | BALANCE |
| | | | | | | | | | | LEAVE WITHOUT PAY |
| | | | | | | | | | | THIS PP |
| | | | | | | | | | | CUMULATIVE |

NET PAY  1335.17   NT BK   USPS RETIREMENT  .00

EARNINGS STATEMENT

POSTMASTER/MANAGER
1008 E FRONT ST
OLLA LA 71465-9998

01-27-2017
00027517

ERICKA D HODGES
290 BOTTOM RD
KELLY LA 71441-2018

EARNINGS STATEMENT    PS FORM 1223-B  JUNE 1986

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | GROSS TO NET | THIS PERIOD | YEAR-TO-DATE | LEAVE STATUS | |
|----|---------|------|------|-----|-------|-----|--------------|-------------|--------------|--------------|---|
| K | K01 | 21-6773 | E D HODGES | | | | | 04242559 | 03 17 | 00026968 | |
| | PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER | |
| 2 | A072 | 1740 | 780 | W | 483 | 8404 | GROSS PAY | 68608 | 277408 | ANNUAL LEAVE | |
| 2 | K001 | 1740 | 780 | W | 880 | 15312 | FED TAX M3 | 00 | 3713 | FROM PREV YR | |
| 2 | A053 | 1740 | 780 | W | 533 | 9274 | ST TAX LAM03 | 1288 | 6562 | EARNED THIS YR / BAL | |
| 1 | A072 | 1740 | 780 | W | 967 | 16826 | RETIRE | 00 | 00 | USED YR | |
| 1 | K001 | 1740 | 780 | W | 880 | 15312 | MEDICARE | 900 | 3760 | THIS PP | |
| 1 | A003 | 1740 | 780 | W | 200 | 3480 | FDV-V | 1204 | 2408 | BALANCE | |
| 2 | A072.655 | | E29 | M | 7000 | 4585 | FDV-D | 5267 | 15656 | SICK LEAVE | |
| 2 | K001 | 7991 | E44 | T | 100 | 7991 | HT100SLF | 4000 | 11500 | FROM PREV YR | |
| 2 | A053.655 | | E32 | M | 8100 | 5306 | SOSEC | 3852 | 16079 | EARNED THIS YR | |
| 1 | A072.655 | | E29 | M | 14000 | 9170 | NET | 52097 | 0 | USED YR | |
| 1 | K001 | 7991 | E44 | T | 100 | 7991 | EM-E | 36473 | 145213 | THIS PP | |
| 1 | A003 | 715 | E12 | H | 200 | 1430 | | | | BALANCE | |
| | | | | | | | | | | LEAVE WITHOUT PAY | |
| | | | | | | | | | | THIS PP | |
| | | | | | | | | | | CUMULATIVE | |

**NET PAY** 885.70

**USPS RETIREMENT** .00

POSTMASTER/MANAGER
1008 E FRONT ST
OLLA LA 71465-9998

02-10-2017
00026968

ERICKA D HODGES
290 BOTTOM RD
KELLY LA 71441-2018

| K | K01 | 21-6773 | E D HODGES | | | 04242559 | 04 17 | 00026210 |
|---|-----|---------|------------|--|--|----------|-------|----------|
| | PAYLOC | FINANCE NO. | | | EMPLOYEE NAME | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER |

| | | DETAIL EARNINGS | | | | | GROSS TO NET | | LEAVE STATUS | |
|--|--|--|--|--|--|--|--|--|--|--|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE |
| 2 | K001 | 1740 | 780 | W | 880 | 15312 | GROSS PAY | 65128 | 342536 | FROM PREV YR |
| 2 | A053 | 1740 | 780 | W | 533 | 9274 | FED TAX M3 | 00 | 3713 | THIS YR |
| 1 | A072 | 1740 | 780 | W | 1450 | 25230 | ST TAX/AM03 | 1159 | 7721 | EARNED / BAL |
| 1 | K001 | 1740 | 780 | W | 880 | 15312 | RETIRE | 00 | 00 | USED YR |
| 2 | K001 | 7991 | E44 | T | 100 | 7991 | MEDICARE | 851 | 4611 | THIS PP |
| 2 | A053 | .655 | E32 | M | 8100 | 5306 | FDV-V | 1204 | 3612 | BALANCE |
| 1 | A072 | .655 | E29 | M2 | 1000 | 13755 | FDV-D | 5267 | 20923 | SICK LEAVE |
| 1 | K001 | 7991 | E44 | T | 100 | 7991 | HT100SLF | 4000 | 15500 | FROM PREV YR |
| | | | | | | | SOSEC | 3637 | 19716 | EARNED THIS YR |
| | | | | | | | NET | 49010 | 1 | USED YR |
| | | | | | | | EM-E | 35043 | 180256 | THIS PP |
| | | | | | | | | | | BALANCE |
| | | | | | | | | | | LEAVE WITHOUT PAY |
| | | | | | | | | | | THIS PP |
| | | | | | | | | | | CUMULATIVE |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | USPS RETIREMENT |

NET PAY    840.53    NT BK                    .00

POSTMASTER/MANAGER
1008 E FRONT ST
OLLA LA 71465-9998

02-24-2017
00026210

ERICKA D HODGES
290 BOTTOM RD
KELLY LA 71441-2018