UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: JOHN PERRY HODGES JR            CASE NO.: 17-
ERICKA DAWN HODGES

## PLAN SUMMARY
## NOTICE

This pleading is a Bankruptcy Rule 3015 (d) Summary and Notice of a Chapter 13 Repayment filed by the above captioned Debtor(s). The complete plan can be viewed and printed by logging on to PACER at www.lawb.uscourts.gov. To obtain a Password, you may register at http://pacer.psc.uscourts.gov or call the PACER Service Center at 1-800-676-6856.

(I) **SUBMISSION OF EARNINGS OR FUTURE INCOME:**

    (A)     Debtor shall make sixty (60) monthly payments to the Chapter 13 Trustee in the amount of $3,590.00, with the first monthly payment being due on April 10, 2017. The payments shall be made by:
              **PAYROLL DEDUCTION** or __X__ **DIRECT PAY**.

(II) **CLASSIFICATION OF CLAIMS, WHO SHALL PAY AND PRIORITY/CLASSIFICATION/RANKING:**

    (A)     **CREDITOR(S) DEBTOR(S) WILL PAY DIRECTLY:**

        (1)     The lien holder for the house and 2 acres of land located at 290 Bottom Road is Round Point Mortgage. The regular monthly payments are $1250.00 per month; the payment will be made by debtors beginning April 2017 and each month pursuant to the terms set forth in the original note.

        (2)     The lien holder for the 1998 Chandeleur Mobile Home is Ditech. The regular monthly payments are $217.00 per month; the payment will be made by debtors beginning April 2017 and each month thereafter pursuant to the terms set forth in the original note.

    (B)     **TRUSTEE WILL DISBURSE PAYMENTS TO AND CLASSIFICATION/RANKING:**
From the monies received the Chapter 13 Trustee will pay the following claims in the order set forth (meaning the Trustee will pay payments due on the claims to be paid in the order of their rank until the proceeds to disburse are exhausted):

        (1)     **STANDING TRUSTEE'S FEE**: The Trustee shall withhold from all disbursements made (except those to Debtors) up to 10% for the allowed percentage fee.

        (2)     **UNPAID FILING FEES**. NONE

        (3)     **ADEQUATE PROTECTION PAYMENTS PER 11 USC 361**: NONE

        (4)     **ASSUMED EXECUTORY CONTRACT PAYMENTS**: NONE

        (5)     **ALLOWED ADMINISTRATIVE EXPENSE CLAIMS UNDER 11 USC 503(b)**:
McBride Law Firm shall receive attorney and administrative fees of $3,987, which includes total attorney fees of $3,600 plus reimbursement of the court cost fee of $310, credit counseling fee of $24, and credit report fee of $53, pursuant to the Standing Order Regarding "No-Look" Fees in Chapter 13 Cases (effective 2/1/17). The Trustee shall receive fees of approximately 10% of plan payments.

        (6)     **506 SECURED CLAIMS - PAYMENT AND VALUATION OF COLLATERAL:**
Amounts owed beyond Secured Claim portions are included as Unsecured Claims in (II) (B) (9) below. Class (3) Adequate Protection Claims will not be disbursed if that creditor's Class (6) Secured Claims are paid:

| CREDITOR | COLLATERAL | VALUE/SECURED | HOW PAID |
| --- | --- | --- | --- |
| Barksdale Federal Credit Union | 2016 Jeep Wrangler | $31,077.00 | 60 @ 6% |
| Barksdale Federal Credit Union | 2013 Dodge Challenger | $21,722.00 | 60 @ 6% |
| Cenla Federal Credit Union | 2015 Polaris Ace | $7,674.00 | 60 @ 6% |
| Ford Motor Credit Company | 2013 Ford F150 | $25,212.00 | 60 @ 6% |
| Friendly Finance | 2004 Dodge Ram & Bass Boat | $10,000.00 | 60 @ 6% |
| Homeland Federal Savings Bank | 2011 Arctic Cat MudPro | $2,111.00 | 60 @6% |
| Pelican State Credit Union | 2014 GMC Arcadia | $27,525.00 | 60 @ 6% |
| Pelican State Credit Union | 2012 Polaris Sportsman Big Boss | $5,275.00 | 60 @6% |
| Ditech | 1998 Chandeleur Mobile Home | $1,200.00 | Arrears |
| Round Point Mortgage | House and 2 acres of land located at 290 Bottom Rd, Kelly, La | $6,500.00 | Arrears |

(7) **UNSECURED PRIORITY CLAIMS**:

Louisiana Department of Revenue $5,000
North Dakota Department of Revenue $200

(8) **UNSECURED CO-SIGNED CLAIMS TO BE PAID 100%**: NONE

(9) **GENERAL UNSECURED CLAIMS:**

(A) Unsecured Claims that cannot be discharged and will receive payment in full: NONE

(B) Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 15% of the claims.

**PLAN & SUMMARY DATE:** March 10, 2017

Respectfully Submitted: McBride Law Firm

/s/Thomas C. McBride
By: Thomas C. McBride (#09210)
tom@tommcbridelaw.com
Kathryn A. Wiley (#33672)
kathryn@tommcbridelaw.com
Thomas C. McBride, LLC
McBride Law Firm
301 Jackson Street, Suite 101
Alexandria, LA 71301
Telephone (318) 445-8800
Facsimile (318) 445-8066