# Notice Recipients

District/Off: 0536−1       User: admin         Date Created: 03/15/2017
Case: 17−80246             Form ID: pdf1       Total: 45

**Recipients of Notice of Electronic Filing:**
ust     Office of U. S. Trustee     USTPRegion05.SH.ECF@usdoj.gov
tr      Jon C. Thornburg            ch13alex@ch13alex.com
aty     Thomas C. McBride           tom@tommcbridelaw.com

                                                                        TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        John Perry Hodges, Jr.     290 Bottom Road     Kelly, LA 71441
jdb       Ericka Dawn Hodges         290 Bottom Road     Kelly, LA 71441
smg       State of Louisiana, Dept. of Labor     Delinquent Accounts Unit     POB 44127     Baton Rouge, LA 70804
smg       Louisiana Department of Revenue and Taxation     Attn: Bankruptcy Division     P.O. Box 66658     Baton Rouge, LA 70896
smg       Louisiana Department of Labor     Attn: Kathy Bookter     P.O. Box 94094     Baton Rouge, LA 70804−9094
7286947   Barksdale Federal Credit Union     2701 Village Lane     Bossier City, LA 71112
7286948   CAC Financial Corp.     2601 NW Expressway, Ste. 1000 East     Oklahoma City, OK 73112
7286949   Capital One     POB 60024     City of Industry, CA 91716
7286950   Cenla Federal Credit Union     POB 1271     Alexandria, LA 71309
7286951   Citibank/Best Buy     Centralized Bk/Citicorp Credt Srvs     PO Box 790040     St Louis, MO 63179
7286952   Citibank/The Home Depot     Citicorp Cr Srvs/Centralized Bankruptcy     PO Box 790040     S Louis, MO 63129
7286953   Citicards Cbna     Citicorp Credit Svc/Centralized Bankrupt     PO Box 790040     Saint Louis, MO 63179
7286954   Comenity Bank/the Buckle     PO Box 18215     Columbus, OH 43218
7286955   Comenitycb/gordon     Comenity Bank     PO Box 182125     Columbus, OH 43218
7286956   Dillards Card Srvs/Wells Fargo Bank Na     PO Box 10347     Des Moines, IA 50306
7286957   Discover Financial     PO Box 3025     New Albany, OH 43054
7286958   Ditech     P.O. Box 660934     Dallas, TX 75266−0934
7286959   Ford Motor Credit Company     P.O. Box 790093     Saint Louis, MO 63179
7286960   Franklin Collection Service, Inc.     POB 3910     Tupelo, MS 38803
7286961   Friendly Finance     P.O. Box 7100     Monroe, LA 71211
7286962   Friendly Finance     PO Box 2829     Monroe, LA 71203
7286963   Hardtner Medical     1102 W. Pine Street     Olla, LA 71465
7286964   Harrison Finance     5830 S Sherwood Forest Blvd     Suite A     Baton Rouge, LA 70816
7286965   Homeland Federal Savings Bank     POB 250     Columbia, LA 71418
7286966   John Deere Credit     POB 650215     Dallas, TX 75265
7286967   Kohl's     P.O. Box 2983     Milwaukee, WI 53201−2983
7286968   LaSalle Parish Sheriff     POB 70     Jena, LA 71342
7286969   Louisiana Department of Revenue     POB 66658     Baton Rouge, LA 70896
7286970   Maurices     PO Box 4144     Carol Stream, IL 60197−4144
7286971   North Dakota Department of Revenue     600 E Boulevard Ave     Bismarck, ND 58505
7286972   Paypal Credit     P.O. Box 105658     Atlanta, GA 30348
7286973   Pelican State Credit Union     POB 40088     Baton Rouge, LA 70835
7286974   Roundpoint Mortgage     P.O. Box 674150     Dallas, TX 75267
7286975   Security Finance Corp.     P.O. Box 1483     Jena, LA 71342
7286976   Syncb/Toys R Us     PO Box 965064     Orlando, FL 32896
7286977   Synchrony Bank/ JC Penney     Attn: Bankruptcy     PO Box 956060     Orlando, FL 32896
7286978   Synchrony Bank/Care Credit     Attn: Bankruptcy     PO Box 956060     Orlando, FL 32896
7286979   Synchrony Bank/Chevron     Attn: Bankruptcy     PO Box 956060     Orlando, FL 32896
7286980   Synchrony Bank/Gap     Attn: Bankruptcy     PO Box 956060     Orlando, FL 32896
7286981   Synchrony Bank/Lowes     Attn: Bankruptcy     PO Box 956060     Orlando, FL 32896
7286982   Synchrony Bank/Sams     PO Box 965060     Orlando, FL 32896
7286983   Tower Loan of Jena     P.O. Box 91     Jena, LA 71342

                                                                        TOTAL: 42