IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

Case No: 17-80246  
Attorney: Thomas C. McBride  
Chapter 13  

John Perry Hodges, Jr.  
Ericka Dawn Hodges  
DEBTOR(S)

## *TRUSTEE'S REPORT AND RECOMMENDATION*

1. A Plan has not been previously confirmed.

2. Debtors attended a Section 341 Meeting.

3. Payments to the Plan have been made and are not current. The plan is delinquent in the amount of $3590.00.

4. Income and Expenses from Schedules I and J are:
   Income **$8,676.60** Expenses **$5,086.60** Disposable Income **$3,590.00**

5. Objections to Confirmation:
   1. Debtor(s)' schedules need to be amended. Debtors testified at the 341 Meeting of Creditors that they have additional income generated through selling animals such as hogs, chickens, turkeys, etc. Trustee requests debtors amend Schedules A/B and I to disclose the income and the assets.
   2. The plan is not proposed in good faith because the plan provides for payment of items that are not reasonably necessary for the maintenance or support of the debtor(s) or dependents of the debtor(s) under 11 U.S.C. § 1325(b)(2)(A)(i). The plan is proposing to pay for five vehicles, three ATVs, and a bass boat (totaling $130,596 plus interest) while proposing to pay 15% ($20,259.00) to the general unsecured creditors.
   3. The trustee is unable to determine if Debtor(s) are committing all disposable income toward plan payments as required under 11 U.S.C. § 1325 (b)(2) and requires proof of certain expenses. Trustee requests proof of hotel expenses of $473.00 per month.
   4. The plan is not in compliance with 11 U.S.C. § 1322(a)(2) and 11 U.S.C. §507 as it fails to pay all priority claims in full. The plan does not fully provide for priority claim of $10,767.85 filed by the LDR.
   5. The plan is requesting reimbursement for court costs, credit counseling fees, and credit report fees.
   6. The plan fails to address the secured claim filed by John Deere Financial.
   7. First Guaranty Mortgage Corporation-Jason R. Smith
   8. Friendly Finance Discount Corporation-John Griffin Loftin
   9. Ford Motor Credit Company-Stephen D. Wheelis

6. The Objection has not been resolved.

7. The Trustee does not recommend Confirmation.

Respectfully submitted this 18th day of May, 2017.

_____  
Jon C. Thornburg, Trustee  
Ryan Robison, Staff Attorney (Bar Roll #30695)  
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)