UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:  JOHN PERRY HODGES JR     CASE NO.: 17-80246
ERICKA DAWN HODGES

**FIRST MODIFIED CHAPTER 13 PLAN**
**ALL CHANGES TO PREVIOUS PLAN ARE UNDERLINED**

I. Debtors propose to pay by direct pay into the Chapter 13 Plan total payments of $3,590 in the first two (2) months, then monthly payments of $3,590 (beginning June, 2017) for one (1) month, then monthly payments of $4,035 (beginning July, 2017) for fifty-seven (57) months, for a total of sixty (60) months.

II. Claims to be paid directly by debtor.

| | **Estimated Balance Due** | **Monthly Payment** |
|---|---|---|
| Round Point Mortgage<br>collateral - house and 2 acres of land<br>located at 290 Bottom Road, Kelly, La | $208,152.00 | $1,250.00* |
| *Payments are subject to change due to changes in escrow and/or interest rate. | | |
| Ditech<br>collateral - 1998 Chandeleur Mobile Home | $5,795.00 | $217.00 |

III. Claims to be paid by Trustee.

**A. ATTORNEY AND ADMINISTRATIVE FEES.** McBride Law Firm shall receive attorney and administrative fees of $3,987 (this total includes attorney fees of $3,600 plus reimbursement of the court cost fee of $310, credit counseling fee of $24, and credit report fee of $53) pursuant to the Standing Order Regarding "No-Look" Fees in Chapter 13 Cases (effective 2/1/17). The Trustee shall receive fees of approximately 10% of plan payments.

**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

Round Point Mortgage: collateral - house and 2 acres of land located at 290 Bottom Road, Kelly, La; Pre-petition arrearage in the amount of $7,247.22. As adequate protection, Round Point Mortgage shall be paid $25 per month until the debtor's attorney fees are paid in full.

**2. Personal Property:**

Ditech: collateral - 1998 Chandeleur Mobile Home; estimated pre-petition arrearage in the amount of $1,200. As adequate protection, Ditech shall be paid $25 per month until the debtor's attorney fees are paid in full.

Barksdale Federal Credit Union: collateral -2016 Jeep Wrangler; estimated secured claim of $30,816.25 to be paid with interest at 6%. As adequate protection, Barksdale FCU shall be paid $25 per month until the debtor's attorney fees are paid in full.

Barksdale Federal Credit Union: collateral - 2013 Dodge Challenger; estimated secured claim of $21,582.05 to be paid with interest at 6%. As adequate protection, Barksdale FCU shall be paid $25 per month until the debtor's attorney fees are paid in full.

Cenla Federal Credit Union: collateral - 2015 Polaris Ace; estimated secured claim of $7,674.31 to be paid with interest at 6%. As adequate protection, Cenla FCU shall be paid $25 per month until the debtor's attorney fees are paid in full.

John Deere Financial: collateral - zero turn mower; estimated secured claim of $5,757.38 to be paid with interest at 6%. As adequate protection, John Deere shall be paid $25 per month until the debtor's attorney fees are paid in full.

Ford Motor Credit Company: collateral - 2013 Ford F150; estimated secured claim of $32,488 to be paid with interest at 6%. As adequate protection, Ford Motor Credit Company shall be paid $100 per month until the debtor's attorney fees are paid in full.

Friendly Finance: collateral - 2004 Dodge Ram & Bass Boat; estimated secured claim of $12,500 to be paid with interest at 6%. As adequate protection, Friendly Finance shall be paid $120.83 per month until the debtor's attorney fees are paid in full.

Homeland Federal Savings Bank: collateral - 2011 Arctic Cat Mudpro; estimated secured claim of $2,111 to be paid with interest at 6%. As adequate protection, Homeland shall be paid $25 per month until the debtor's attorney fees are paid in full.

Pelican State Credit Union: collateral - 2014 GMC Arcadia; estimated secured claim of $27,525 to be paid with interest at 6%. As adequate protection, Pelican State Credit Union shall be paid $25 per month until the debtor's attorney fees are paid in full.

Pelican State Credit Union: collateral - 2012 Polaris Sportsman Big Boss; estimated secured claim of $5,500.15 to be paid with interest at 6%. As adequate protection, Pelican SCU shall be paid $25 per month until the debtors attorney fees are paid in full.

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

| | |
|---|---|
| Louisiana Department of Revenue | $10,767.85 |
| North Dakota Department of Revenue | $   200.00 |

**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 20% of the claims. The plan is funded to pay $20,560 to unsecured creditors.

Respectfully submitted this 2nd day of June, 2017.

**McBride Law Firm**

/s/Thomas C. McBride
By: Thomas C. McBride, (#09210)
tom@tommcbridelaw.com
Kathryn A. Wiley (#33672)
kathryn@tommcbridelaw.com
Thomas C. McBride, LLC
McBride Law Firm
301 Jackson Street, Suite 101
Alexandria, LA 71301
Telephone (318) 445-8800
Facsimile (318) 445-8066