**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

IN RE:                                                                                  17-80246
**John Perry Hodges, Jr.**                                                       Chapter 13
**Ericka Dawn Hodges**
**DEBTOR(S)**

## OBJECTION TO CONFIRMATION OF PLAN

NOW INTO COURT comes Jon C. Thornburg, Chapter 13 Standing Trustee, who objects to confirmation of the plan to be heard on July 20, 2017 in that:

1. Debtor(s)' schedules need to be amended. Debtors testified at the 341 Meeting of Creditors that they have additional income generated through selling animals such as hogs, chickens, turkeys, etc. Trustee requests debtors amend Schedules A/B and I to disclose the income and the assets.
2. The plan is not proposed in good faith because the plan provides for payment of items that are not reasonably necessary for the maintenance or support of the debtor(s) or dependents of the debtor(s) under 11 U.S.C. § 1325(b)(2)(A)(i). The plan is proposing to pay for five vehicles, three ATVs, and a bass boat (totaling $130,596 plus interest) while proposing to pay 20% ($20,560.00) to the general unsecured creditors.
3. The trustee is unable to determine if Debtor(s) are committing all disposable income toward plan payments as required under 11 U.S.C. § 1325 (b)(2) and requires proof of certain expenses. Trustee requests proof of hotel expenses in the amount of $473.00 per month.
4. The plan proposes to pay 20% to general unsecured creditors; however, the proposed plan is not sufficiently funded and will only result in payment of 17.8% to general unsecured creditors.
5. Debtor(s) has/have failed to make payments in the amount proposed by the plan as required under 11 U.S.C. § 1326(a)(1)(A). Debtors owe the balance of $445.00 for the payment due July 9, 2017.
6. The plan is requesting reimbursement for court costs, credit counseling fees, and credit report fees.
7. The plan does not provide for cure of the pre-petition mortgage arrearage claim filed by Round Point Mortgage in the amount of $7,958.31. An objection to claim has not been filed.
8. The plan fails to provide for increased payments in the amount of $217.00 upon completion of payments to Ditech Financial. The last payment comes due under the contract on March 10, 2018.

WHEREFORE, the trustee moves this court for an order denying confirmation of the plan, and granting Debtors a reasonable period of time to submit an amended/modified plan which cures the objections above raised and/or dismissing this case and for all other just and proper relief.

Respectfully submitted this 13th day of July, 2017.

                                             JON C. THORNBURG
                                             CHAPTER 13 STANDING TRUSTEE

                                             /s/ Ryan Robison
                                             Jon C. Thornburg, Trustee
                                             Ryan Robison, Staff Attorney (Bar Roll #30695)
                                             Brandi M. Jolley, Staff Attorney (Bar Roll #32170)
                                             Post Office Box 1991
                                             Alexandria, Louisiana 71309-1991
                                             (318) 448-1306

CERTIFICATE OF SERVICE

      I DO HEREBY CERTIFY that a true and correct copy of the above and foregoing Objection to Confirmation of Plan has this day been served on the debtor(s) and the attorney for the debtor(s) by placing a copy of the same in the United States Mail, postage prepaid, addressed to:

| | |
|---|---|
| John Perry Hodges, Jr. | Thomas C. McBride |
| Ericka Dawn Hodges | 301 Jackson St., Suite 101 |
| 290 Bottom Road | Alexandria, LA 71301 |
| Kelly, LA 71441 | |

Alexandria, Louisiana, this 13th day of July, 2017.

By: /s/ Ryan Robison

Case #: 17-80246