IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

Case No: 17-80246  John Perry Hodges, Jr.
Attorney: Thomas C. McBride  Ericka Dawn Hodges
Chapter 13  DEBTOR(S)

## *TRUSTEE'S REPORT AND RECOMMENDATION*

1. A Plan has not been previously confirmed.

2. Debtors attended a Section 341 Meeting.

3. Payments to the Plan have been made and are not current. The plan is delinquent in the amount of $445.00.

4. Income and Expenses from Schedules I and J are:
   Income **$8,676.60** Expenses **$5,086.60** Disposable Income **$3,590.00**

5. Objections to Confirmation:
   1. Debtor(s)' schedules need to be amended. Debtors testified at the 341 Meeting of Creditors that they have additional income generated through selling animals such as hogs, chickens, turkeys, etc. Trustee requests debtors amend Schedules A/B and I to disclose the income and the assets.
   2. The plan is not proposed in good faith because the plan provides for payment of items that are not reasonably necessary for the maintenance or support of the debtor(s) or dependents of the debtor(s) under 11 U.S.C. § 1325(b)(2)(A)(i). The plan is proposing to pay for five vehicles, three ATVs, and a bass boat (totaling $130,596 plus interest) while proposing to pay 20% ($20,560.00) to the general unsecured creditors.
   3. The trustee is unable to determine if Debtor(s) are committing all disposable income toward plan payments as required under 11 U.S.C. § 1325 (b)(2) and requires proof of certain expenses. Trustee requests proof of hotel expenses in the amount of $473.00 per month.
   4. The plan proposes to pay 20% to general unsecured creditors; however, the proposed plan is not sufficiently funded and will only result in payment of 17.8% to general unsecured creditors.
   5. Debtor(s) has/have failed to make payments in the amount proposed by the plan as required under 11 U.S.C. § 1326(a)(1)(A). Debtors owe the balance of $445.00 for the payment due July 9, 2017.
   6. The plan is requesting reimbursement for court costs, credit counseling fees, and credit report fees.
   7. The plan does not provide for cure of the pre-petition mortgage arrearage claim filed by Round Point Mortgage in the amount of $7,958.31. An objection to claim has not been filed.
   8. The plan fails to provide for increased payments in the amount of $217.00 upon completion of payments to Ditech Financial. The last payment comes due under the contract on March 10, 2018.

6. The Objection has not been resolved.

7. The Trustee does not recommend Confirmation.

Respectfully submitted this 20th day of July, 2017.

_____
Jon C. Thornburg, Trustee
Ryan Robison, Staff Attorney (Bar Roll #30695)
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)