UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:  JOHN PERRY HODGES JR                          CASE NO.: 17-80246
        ERICKA DAWN HODGES

**SECOND MODIFIED CHAPTER 13 PLAN**
**ALL CHANGES TO PREVIOUS PLAN ARE UNDERLINED**

**I.**  Debtors propose to pay by direct pay into the Chapter 13 Plan total payments of $10,770 in the first four (4) months, then monthly payments of $3,590 (beginning August, 2017) for one (1) month, then monthly payments of $4,015 (beginning September, 2017) for six (6) months, then monthly payments of $4,232 (beginning March, 2018) for forty-nine (49) months, for a total of sixty (60) months.

**II.**  Claims to be paid directly by debtor.          **Estimated Balance Due**        **Monthly Payment**
Round Point Mortgage                                   $208,152.00                      $1,250.00*
collateral - house and 2 acres of land
located at 290 Bottom Road, Kelly, La
*Payments are subject to change due to changes in escrow and/or interest rate.

Ditech                                                 $ 5,795.00                       $ 217.00
collateral - 1998 Chandeleur Mobile Home

**III.**  Claims to be paid by Trustee.

   **A. ATTORNEY AND ADMINISTRATIVE FEES.** Counsel for the debtor has applied for a "No-Look" fee for legal fees and cost for services rendered under 11 U.S.C. 330 and 331 in the amount of $3,387, including attorney fees of $3,000, court cost fee of $310, credit counseling fee $24, and credit report fee of $53, of which $3,387 shall be trustee disbursed.  This is the applicable "No-Look" fee under the Standing Order Regarding "No-Look" Fees in Chapter 13 Cases in the Western District of Louisiana (the "Standing Order").  In addition, counsel for the debtor is entitled to additional payment of $600 to be paid during the last six (6) plan payments if and only if debtor/case/attorney are in compliance with the provisions of the Standing Order.  The Trustee shall received fees of approximately 10% of plan payments.

   **B. SECURED CLAIMS.**  Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

   Round Point Mortgage: collateral - house and 2 acres of land located at 290 Bottom Road, Kelly, La; Pre-petition arrearage in the amount of $7,958.31.  As adequate protection, Round Point Mortgage shall be paid $25 per month until the debtor's attorney fees are paid in full.

   Ditech: collateral - 1998 Chandeleur Mobile Home; estimated pre-petition arrearage in the amount of $1,176.71.  As adequate protection, Ditech shall be paid $25 per month until the debtor's attorney fees are paid in full.

   Barksdale Federal Credit Union: collateral -2016 Jeep Wrangler; estimated secured claim of $30,816.25 to be paid with interest at 6%.  As adequate protection, Barksdale FCU shall be paid $25 per month until the debtor's attorney fees are paid in full.

   Barksdale Federal Credit Union: collateral - 2013 Dodge Challenger; estimated secured claim of $21,582.05 to be paid with interest at 6%.  As adequate protection, Barksdale FCU shall be paid $25 per month until the debtor's attorney fees are paid in full.

   Cenla Federal Credit Union: collateral - 2015 Polaris Ace; estimated secured claim of $7,674.31 to be paid with interest at 6%.  As adequate protection, Cenla FCU shall be paid $25 per month until the debtor's attorney fees are paid in full.

   John Deere Financial: collateral - zero turn mower; estimated secured claim of $5,757.38 to be paid with interest at 6%.  As adequate protection, John Deere shall be paid $25 per month until the debtor's attorney fees are paid in full.

   Ford Motor Credit Company: collateral - 2013 Ford F150; estimated secured claim of $32,488 to be paid with interest at 6%.  As adequate protection, Ford Motor Credit Company shall be paid $100 per month until the debtor's attorney fees are paid in full.

   Friendly Finance: collateral - 2004 Dodge Ram & Bass Boat; estimated secured claim of $12,500 to be paid with interest at 6%.  As adequate protection, Friendly Finance shall be paid $120.83 per month until the debtor's attorney fees are paid in full.

   Homeland Federal Savings Bank: collateral - 2011 Arctic Cat Mudpro; estimated secured claim of $2,111 to be paid with interest at 6%.  As adequate protection, Homeland shall be paid $25 per month until the debtor's attorney fees are paid in full.

Pelican State Credit Union: collateral - 2014 GMC Arcadia; estimated secured claim of $27,525 to be paid with interest at 6%. As adequate protection, Pelican State Credit Union shall be paid $25 per month until the debtor's attorney fees are paid in full.

Pelican State Credit Union: collateral - 2012 Polaris Sportsman Big Boss; estimated secured claim of $5,500.15 to be paid with interest at 6%. As adequate protection, Pelican SCU shall be paid $25 per month until the debtors attorney fees are paid in full.

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

| | |
|---|---|
| Louisiana Department of Revenue | $10,767.85 |
| North Dakota Department of Revenue | $ 200.00 |

**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 20% of the claims. The plan is funded to pay $27,800 to unsecured creditors.

Respectfully submitted this 1st day of August, 2017.

**McBride Law Firm**

/s/Thomas C. McBride
By: Thomas C. McBride, (#09210)
tom@tommcbridelaw.com
Kathryn A. Wiley (#33672)
kathryn@tommcbridelaw.com
Thomas C. McBride, LLC
McBride Law Firm
301 Jackson Street, Suite 101
Alexandria, LA 71301
Telephone (318) 445-8800
Facsimile (318) 445-8066