# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

IN RE:     17-80246
John Perry Hodges, Jr.     Chapter 13
Ericka Dawn Hodges
DEBTOR(S)

## OBJECTION TO CONFIRMATION OF PLAN

NOW INTO COURT comes Jon C. Thornburg, Chapter 13 Standing Trustee, who objects to confirmation of the plan to be heard on August 24, 2017 in that:

1. Debtor(s)' schedules need to be amended. Debtors testified at the 341 Meeting of Creditors that they have additional income generated through selling animals such as hogs, chickens, turkeys, etc. Trustee requests debtors amend Schedules A/B and I to disclose the income and the assets. Also, it is of note that no expenses related to the care of the animals is shown on Schedule J, although based upon the number of animals reported it would stand to reason the expenses are substantial. Trustee's notes from the 341 meeting reflect Debtors own the following: 28-30 hogs (Sch. B states 25), 100-150 chickens (Sch. B states 30), 2 turkeys (Sch. B states 0), 3 peacocks (Sch. B states 3), 8 dogs (Sch. B states 7), Schedule B also states they own 2 cats and 10 quail.
2. The plan is not proposed in good faith because the plan provides for payment of items that are not reasonably necessary for the maintenance or support of the debtor(s) or dependents of the debtor(s) under 11 U.S.C. § 1325(b)(2)(A)(i). The plan is proposing to pay for five vehicles, three ATVs, and a bass boat (totaling $140,196.61 plus interest) while proposing to pay a minimum of 20% (or $27,800) to the general unsecured creditors and a total of $10,967.85 to priority unsecured creditors. The case is one that is above median.
3. The trustee is unable to determine if Debtor(s) are committing all disposable income toward plan payments as required under 11 U.S.C. § 1325 (b)(2) and requires proof of certain expenses. Trustee requests proof of hotel expenses in the amount of $473.00 per month.
4. Debtor(s) has/have failed to make payments in the amount proposed by the plan as required under 11 U.S.C. § 1326(a)(1)(A). Debtors failed to make the payment of $3,590.00 due August 9, 2017.
5. The plan is requesting reimbursement for court costs, credit counseling fees, and credit report fees in the amount of $387.00.

WHEREFORE, the trustee moves this court for an order denying confirmation of the plan, and granting Debtors a reasonable period of time to submit an amended/modified plan which cures the objections above raised and/or dismissing this case and for all other just and proper relief.

Respectfully submitted this 17th day of August, 2017.

JON C. THORNBURG
CHAPTER 13 STANDING TRUSTEE

/s/ Ryan Robison
_____

Jon C. Thornburg, Trustee
Ryan Robison, Staff Attorney (Bar Roll #30695)
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)
Post Office Box 1991
Alexandria, Louisiana 71309-1991
(318) 448-1306

CERTIFICATE OF SERVICE

      I DO HEREBY CERTIFY that a true and correct copy of the above and foregoing Objection to Confirmation of Plan has this day been served on the debtor(s) and the attorney for the debtor(s) by placing a copy of the same in the United States Mail, postage prepaid, addressed to:

| | |
|---|---|
| John Perry Hodges, Jr. | Thomas C. McBride |
| Ericka Dawn Hodges | 301 Jackson St., Suite 101 |
| 290 Bottom Road | Alexandria, LA  71301 |
| Kelly, LA  71441 | |

      Alexandria, Louisiana, this 17th day of August, 2017.

By: /s/ Ryan Robison

Case #: 17-80246