UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:   JOHN PERRY HODGES, JR.            CASE NUMBER: 17-80246
         ERICKA DAWN HODGES                CHAPTER 13

## RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

**NOW INTO COURT**, through the undersigned counsel, come **JOHN PERRY HODGES, JR. AND ERICKA DAWN HODGES**, debtors in the above-captioned Chapter 13 proceeding, who respectfully respond to the Motion To Lift Stay filed herein by First Guaranty Mortgage Corporation, as serviced by Roundpoint Mortgage Servicing Corporation ("Roundpoint Mortgage") as follows:

1.

RoundPoint Mortgage filed a Motion For Relief From Automatic Stay alleging that the debtors have failed to make payments.

2.

Debtors oppose this motion on the following grounds:

a)   Debtors shall file a Mendoza modification to include all post-petition arrears plus attorney fees and costs.

**WHEREFORE**, **JOHN PERRY HODGES, JR. AND ERICKA DAWN HODGES** respectfully move this Court for an Order denying the Motion For Relief From Stay filed herein by Roundpoint Mortgage.

Respectfully submitted this 10th day of October, 2017.

**McBride Law Firm**

/s/Thomas C. McBride
By: Thomas C. McBride, (#09210)
    Kathryn A. Wiley (#33672)
    Thomas C. McBride, LLC
    McBride Law Firm
    301 Jackson Street, Suite 101
    Alexandria, LA 71301
    Telephone (318) 445-8800
    Facsimile (318) 445-8066
    tom@tommcbridelaw.com
    kathryn@tommcbridelaw.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:   JOHN PERRY HODGES, JR.           CASE NUMBER: 17-80246
         ERICKA DAWN HODGES                CHAPTER 13

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the above and foregoing Response to Motion For Relief From Stay has this day been served on the following by placing a copy of the same in the United States Mail, postage prepaid and affixed thereto:

John Perry Hodges, Jr.
Ericka Dawn Hodges
290 Bottom Road
Kelly, LA 71441

**The following entities were served by electronic transmission only:

Jon C. Thornburg
jon@ch13alex.com

Jason R. Smith
jasonsmith@creditorlawyers.com

Alexandria, Louisiana this 10th day of October, 2017.

/s/Melissa Fisher