IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

Case No: 17-80246  
Attorney: Thomas C. McBride  
Chapter 13  

John Perry Hodges, Jr.  
Ericka Dawn Hodges  
DEBTOR(S)

## *TRUSTEE'S REPORT AND RECOMMENDATION*

1. A Plan has not been previously confirmed.

2. Debtors attended a Section 341 Meeting.

3. Payments to the Plan have been made and are not current. The plan is delinquent in the amount of $3440.00 through October 2017.

4. Income and Expenses from Schedules I and J are:  
   Income **$8,676.60** Expenses **$5,086.60** Disposable Income **$3,590.00**

5. Objections to Confirmation:
   1. Debtor(s)' schedules need to be amended. Debtors testified at the 341 Meeting of Creditors that they have additional income generated through selling animals such as hogs, chickens, turkeys, etc. Trustee requests debtors amend Schedules A/B and I to disclose the income and the assets. Also, it is of note that no expenses related to the care of the animals is shown on Schedule J, although based upon the number of animals reported it would stand to reason the expenses are substantial. Trustee's notes from the 341 meeting reflect Debtors own the following: 28-30 hogs (Sch. B states 25), 100-150 chickens (Sch. B states 30), 2 turkeys (Sch. B states 0), 3 peacocks (Sch. B states 3), 8 dogs (Sch. B states 7), Schedule B also states they own 2 cats and 10 quail.
   2. The plan is not proposed in good faith because the plan provides for payment of items that are not reasonably necessary for the maintenance or support of the debtor(s) or dependents of the debtor(s) under 11 U.S.C. § 1325(b)(2)(A)(i). The plan is proposing to pay for five vehicles, three ATVs, and a bass boat (totaling $140,196.61 plus interest) while proposing to pay a minimum of 20% (or $27,800) to the general unsecured creditors and a total of $10,967.85 to priority unsecured creditors. The case is one that is above median.
   3. The trustee is unable to determine if Debtor(s) are committing all disposable income toward plan payments as required under 11 U.S.C. § 1325 (b)(2) and requires proof of certain expenses. Trustee requests proof of hotel expenses in the amount of $473.00 per month.
   4. Debtor(s) has/have failed to make payments in the amount proposed by the plan as required under 11 U.S.C. § 1326(a)(1)(A). Debtors failed to make the payment of $3,590.00 due August 9, 2017.-**RESOLVED**
   5. The plan is requesting reimbursement for court costs, credit counseling fees, and credit report fees in the amount of $387.00.

6. The Objection has not been resolved.

7. The Trustee does not recommend Confirmation.

Respectfully submitted this 19th day of October, 2017.

_____  
Jon C. Thornburg, Trustee  
Ryan Robison, Staff Attorney (Bar Roll #30695)  
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)