IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:  
John Perry Hodges, Jr.  
Ericka Dawn Hodges

CASE NO: 17-80246

CHAPTER 13

DEBTOR (S)

## TRUSTEE'S MOTION FOR EX-PARTE DISMISSAL OF CHAPTER 13 PETITION WITH A §109(g) FINDING FOR FAILURE TO COMPLY WITH THE ORDER OF THE COURT

Now comes the Standing Chapter 13 Trustee, Jon C. Thornburg, who with respect reports that:

1.

Debtors' Petition was filed on March 10, 2017.

2.

On October 19, 2017, a hearing was held and an order was signed granting debtor(s) fifteen (15) days to pay current $3,440.00 and file Amended Schedules I & J, with failure to take the above-directed actions being cause for the case to be dismissed without further hearing upon the filing of an ex parte motion by the Standing Trustee.

3.

The Standing Chapter 13 Trustee reports that Debtors have not complied with the above-mentioned Order and have failed to pay current $3,440.00 and file Amended Schedules I & J, and now shows per the certified record of payments attached hereto, that the last payment received from Debtors was on October 16, 2017.

4.

The Trustee seeks approval pursuant to 11 U.S.C. §1326(a)(2) and in accordance with the Court's "No-Look" fee order to pay attorney fees from funds held by the Trustee in the Debtor's case, if any.

The Trustee now moves the Court for an Ex-Parte Order dismissing the case with a finding under 11 U.S.C. §109(g) and for all other just and proper relief as would be just in the circumstances.

Respectfully submitted this 7th day of November, 2017.

Jon C. Thornburg  
CHAPTER 13 TRUSTEE

/s/ Ryan C. Robison  
Jon C. Thornburg, Trustee  
Ryan C. Robison, Staff Attorney (Bar Roll #30695)  
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)  
P.O. Box 1991  
Alexandria, LA 71309-1991  
(318)-448-1306

# RECEIPT HISTORY
## Case # : 17-80246
### Debtor Names : John Perry Hodges, Jr. and Ericka Dawn Hodges

| Amount | Date | Posting Code Description |
|---|---|---|
| $3,000.00 | 04/10/2017 | ePay Receipt |
| $590.00 | 04/14/2017 | ePay Receipt |
| $3,590.00 | 06/01/2017 | ePay Receipt |
| $2,500.00 | 07/03/2017 | ePay Receipt |
| $1,090.00 | 07/07/2017 | ePay Receipt |
| $3,590.00 | 09/18/2017 | ePay Receipt |
| $1,000.00 | 10/02/2017 | ePay Receipt |
| $3,590.00 | 10/16/2017 | ePay Receipt |

Certified to be a True and
Exact Copy of Original
Jon C. Thornburg, Ch. 13 Trustee
By _Renee DeLoach_