# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **IN RE: JOHN PERRY HODGES, JR.** | **CASE NO.:17-80246** |
| **ERICKA DAWN HODGES** | **CHAPTER 13** |

## MOTION TO REINSTATE CHAPTER 13 CASE

      **NOW INTO COURT**, through the undersigned counsel, come **John Perry Hodges, Jr. And Ericka Dawn Hodges** (hereinafter referred to as "Debtors"), who respectfully move this Court as follows:

1.

On March 10, 2017, debtors filed a voluntary petition for relief under Title 11, Chapter 13 of the Bankruptcy Code.

2.

This Court has jurisdiction over the matters presented herein, which are core in nature, pursuant to 28 U.S.C. §157(b)(2)(A), 28 U.S.C. §1334, and F.R.B.P. 8003.

3.

On November 7, 2017, the Trustee filed a Ex Parte Motion to Dismiss. The Order of Dismissal was signed November 8, 2017.

4.

At the hearing on October 19, 2017, Debtors were ordered to pay $3,440, Amend Schedule I and J, and provide proof of current income by November 3, 2017. Debtors paid $3,590 on November 10, 2017. Debtors will file Amended Schedule I and J and provide proof of income to the Chapter 13 Trustee before the December 20, 2017 hearing. Debtors would like to have their case reinstated. On November 15, 2017, Chapter 13 Trustee issued a refund in the amount of

approximately $12,379.35. Debtors have mailed this money back to the Chapter 13 Trustee.

5.

Debtor has incurred additional attorney's fees in the sum of $250 in connection with the preparation, noticing, filing, and hearing of this Motion to Reinstate Chapter 13 Case. These additional attorney's fees should be allowed and paid as an administrative expense and a priority payment.

**WHEREFORE**, **John Perry Hodges, Jr. And Ericka Dawn Hodges**, respectfully moves this Court for an Order to Reinstate their Chapter 13 Case and approve the attorney fees in the amount of $250 to be paid an administrative expense.

Respectfully submitted this 20th day of November, 2017.

**McBride Law Firm**

/s/ Kathryn A. Wiley
By: Thomas C. McBride (#09210)
Kathryn A. Wiley (#33672)
Thomas C. McBride, LLC
McBride Law Firm
301 Jackson Street, Suite 101
Alexandria, LA 71301
Telephone: (318) 445-8800
Facsimile: (318) 445-8066
kathryn@tommcbridelaw.com