IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:                                                                                               17-80246
John Perry Hodges, Jr.                                                                   Chapter 13
Ericka Dawn Hodges
DEBTOR(S)

### OBJECTION TO CONFIRMATION OF PLAN

NOW INTO COURT comes Jon C. Thornburg, Chapter 13 Standing Trustee, who objects to confirmation of the plan to be heard on December 20, 2017 in that:

1. The trustee is unable to determine if Debtor(s) are committing all disposable income toward plan payments as required under 11 U.S.C. § 1325 (b)(2) and requires proof of certain expenses. Proof of $400.00 monthly expense for "plane tickets for work" is requested.
2. Debtor(s) has/have failed to make payments in the amount proposed by the plan as required under 11 U.S.C. § 1326(a)(1)(A). Debtors failed to make the payment of $4,015.00 due December 9, 2017.
3. The term of the proposed plan is misstated. November 2017 is month 8, not month 4. The plan term as proposed equals fifty-four (54) months, not sixty (60).
4. The proposed total paid in amount is incorrect. The total paid in should be $10,580.65, not $10,160.55
5. The plan is requesting reimbursement for court costs, credit counseling fees, and credit report fees advanced by Debtors attorney.
6. The plan states it is funded to pay $27,800.00 to general unsecured creditors but is funded to pay only $24,747.50. Payments must be increased to pay $27,800.00.
7. The case was dismissed November 8, 2017 and a Motion to Reinstate is scheduled for December 20, 2017.
8. The Motion to Reinstate requests attorney fees of $250.00 that are not allowed under the standing order on a pre-confirmation matter.

WHEREFORE, the trustee moves this court for an order denying confirmation of the plan, and granting Debtors a reasonable period of time to submit an amended/modified plan which cures the objections above raised and/or dismissing this case and for all other just and proper relief.

Respectfully submitted this 13th day of December, 2017.

JON C. THORNBURG
CHAPTER 13 STANDING TRUSTEE

/s/ Ryan Robison
_____
Jon C. Thornburg, Trustee
Ryan Robison, Staff Attorney (Bar Roll #30695)
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)
Post Office Box 1991
Alexandria, Louisiana  71309-1991
(318) 448-1306

CERTIFICATE OF SERVICE

      I DO HEREBY CERTIFY that a true and correct copy of the above and foregoing Objection to Confirmation of Plan has this day been served on the debtor(s) and the attorney for the debtor(s) by placing a copy of the same in the United States Mail, postage prepaid, addressed to:

| | |
|---|---|
| John Perry Hodges, Jr. | Thomas C. McBride |
| Ericka Dawn Hodges | 301 Jackson St., Suite 101 |
| 290 Bottom Road | Alexandria, LA  71301 |
| Kelly, LA  71441 | |

      Alexandria, Louisiana, this 13th day of December, 2017.

      By:  /s/ Ryan Robison

Case #: 17-80246