# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

IN RE: JOHN PERRY HODGES, JR.　　　　　　　　CASE NO: 17-80246
　　　　ERICKA DAWN HODGES

DEBTOR(S)　　　　　　　　　　　　　　　　　　CHAPTER 13

## TRUSTEE'S OBJECTION TO MOTION TO REINSTATE CHAPTER 13 CASE

Now into Court comes Jon C. Thornburg, Standing Chapter 13 Trustee for the Alexandria Division, who files an Objection to Debtors' Motion to Reinstate Chapter 13 Case.

1.

Debtors filed their bankruptcy petition on March 10, 2017. The Second Amended Chapter 13 Plan before Confirmation (Doc.35) was pending at dismissal.

2.

Debtors' case was dismissed *with* a Section 109(g) finding upon the Trustee's Motion to Dismiss Case (Doc. 52) with the Order signed November 8, 2017. The Trustee's Motion to Dismiss was based on the debtors' failure to comply with the Order of the Court (Doc. 49) dated October 19, 2017, by failing to pay current in the amount of $3,440.00 and failing to Amend Schedules I and J on or before November 3, 2017.

3.

The Debtors' motion to reinstate is timely as it was filed within the fourteen (14) days allowed to move for rehearing or for appeal of an order of the Court.

4.

The Debtors' motion states the debtors made the payment of $3,590.00 on November 10, 2017. Debtors' motion further seeks attorney fees of $250.00 for the motion.

5.

At the time of dismissal the debtors were delinquent $3,440.00 pursuant to the proposed plan. The debtors have filed the Third Amended Chapter 13 Plan before Confirmation (Doc. 57) which is set for the same date as the hearing on this motion. This plan proposes total payments of $10,160.65 through 4 months, then monthly payments of $4,015.00 for one month, plus $12,379.35 in December 2017, then monthly payments of $4,232.00 for 49 months. Debtors made payments totaling $4,010.00 since their case was dismissed.

6.

The Trustee objects to the debtors' motion to reinstate. Debtors did not comply with the order of the court as the order specifically stated that payment was to be *posted* on or before November 3, 2017, and debtors' payment did not post until November 10, 2017. Furthermore, even though debtors have made payments since their case was dismissed, should the case be reinstated, the debtors would be approximately $4,015.00 delinquent pursuant to the proposed plan.

Trustee also objects to the request of attorney fees. The debtors' current proposed plan requests the "No Look" attorney fees of $3,600.00. As the debtors' plan has not been confirmed, the request in this motion of additional attorney fees beyond the $3,600.00 are in violation of the current Standing Order regarding No-Look Attorney Fees which went into effect February 1, 2017. More specifically, the request does not comply with Sections 1(D), 1(K), 3(C) and 4(A).

Sections 1(D) and 1(K) are set forth below and state:

> Counsel shall provide the following services to the Debtor(s) on a fixed fee basis:
>
> D.    Prepare and file miscellaneous motions required to protect the Debtor(s) interest in the case.
>
> K.    Any actions required within 120 days after confirmation.

Section 3(A) states:

> The fixed "No Look" fee shall be as follows:
>
> C.    In cases where the monthly plan payments to the trustee are less than $300 per month, the presumptively reasonable fee

will be reduced to 10 times the monthly plan payment paid to the Chapter 13 trustee under the confirmed plan.

Section 4(A) states:

> A. The "No Look" fee for motion filed more than 120 days **following confirmation** . . . shall be $350.00. . .

The current standing order specifically states the No-Look Fee includes all actions required within 120 days of confirmation. This motion has been filed prior to confirmation. It appears that under the current standing order, the attorney fees requested for this motion should not be allowed.

WHEREFORE the Trustee prays that Debtors' Motion to Reinstate Chapter 13 Case be denied.

Respectfully submitted this  13th  day of December, 2017

**JON C. THORNBURG**
**CHAPTER 13 TRUSTEE**

   /s/ Brandi M. Jolley
Jon C. Thornburg, Trustee
Ryan C. Robison, Staff Attorney (Bar Roll #30695)
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)
P. O. Box 1991
Alexandria, Louisiana 71309-1991
Ph. (318) 448-1306

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

IN RE: JOHN PERRY HODGES, JR.            CASE NO: 17-80246
       ERICKA DAWN HODGES

DEBTOR(S)                                                         CHAPTER 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Trustee's Opposition to Debtors' Motion to Reinstate Chapter 13 Case has been mailed to Debtor(s) and counsel for Debtor(s) by placing a copy of the same in the United States Mail postage prepaid address as follows:

         John Perry Hodges, Jr.          Thomas C. McBride
         Ericka Dawn Hodges           301 Jackson St., Suite 101
         290 Bottom Road              Alexandria, LA 71301
         Kelly, LA 71441

Alexandria, Louisiana this __13th__ day of December, 2017

By: __/s/ Sonya Linscomb-Rax__
       Sonya Linscomb-Rax