IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

Case No: 17-80246  
Attorney: Thomas C. McBride  
Chapter 13

John Perry Hodges, Jr.  
Ericka Dawn Hodges  
DEBTOR(S)

## *TRUSTEE'S REPORT AND RECOMMENDATION*

1. A Plan has not been previously confirmed.

2. Debtors attended a Section 341 Meeting.

3. Payments to the Plan have been made and are not current. The plan is delinquent in the amount of $4015.00.

4. Income and Expenses from Schedules I and J are:
   Income **$10,050.36** Expenses **$6,035.36** Disposable Income **$4,015.00**

5. Objections to Confirmation:
   1. The trustee is unable to determine if Debtor(s) are committing all disposable income toward plan payments as required under 11 U.S.C. § 1325 (b)(2) and requires proof of certain expenses. Proof of $400.00 monthly expense for "plane tickets for work" is requested.
   2. Debtor(s) has/have failed to make payments in the amount proposed by the plan as required under 11 U.S.C. § 1326(a)(1)(A). Debtors failed to make the payment of $4,015.00 due December 9, 2017.
   3. The term of the proposed plan is misstated. November 2017 is month 8, not month 4. The plan term as proposed equals fifty-four (54) months, not sixty (60).
   4. The proposed total paid in amount is incorrect. The total paid in should be $10,580.65, not $10,160.55
   5. The plan is requesting reimbursement for court costs, credit counseling fees, and credit report fees advanced by Debtors attorney.
   6. The plan states it is funded to pay $27,800.00 to general unsecured creditors but is funded to pay only $24,747.50. Payments must be increased to pay $27,800.00.
   7. The case was dismissed November 8, 2017 and a Motion to Reinstate is scheduled for December 20, 2017.
   8. The Motion to Reinstate requests attorney fees of $250.00 that are not allowed under the standing order on a pre-confirmation matter.

6. The Objection has not been resolved.

7. The Trustee does not recommend Confirmation.

Respectfully submitted this 20th day of December, 2017.

Jon C. Thornburg, Trustee  
Ryan Robison, Staff Attorney (Bar Roll #30695)  
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)