IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: 17-80246
John Perry Hodges, Jr. Chapter 13
Ericka Dawn Hodges
DEBTOR(S)

## OBJECTION TO CONFIRMATION OF PLAN

NOW INTO COURT comes Jon C. Thornburg, Chapter 13 Standing Trustee, who objects to confirmation of the plan to be heard on March 01, 2018 in that:

1. Debtor(s) has/have failed to make payments in the amount proposed by the plan as required under 11 U.S.C. § 1326(a)(1)(A). Debtors failed to make the payment of $4,015.00 due February 9, 2017.
2. The plan states it is funded to pay $27,926.18 to general unsecured creditors, but is funded to pay only $26,890.26.
3. The plan does not state that Debtors will continue to make payments directly to Trustee.

WHEREFORE, the trustee moves this court for an order denying confirmation of the plan, and granting Debtors a reasonable period of time to submit an amended/modified plan which cures the objections above raised and/or dismissing this case and for all other just and proper relief.

Respectfully submitted this 20th day of February, 2018.

JON C. THORNBURG
CHAPTER 13 STANDING TRUSTEE

/s/ Ryan Robison

Jon C. Thornburg, Trustee
Ryan Robison, Staff Attorney (Bar Roll #30695)
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)
Post Office Box 1991
Alexandria, Louisiana 71309-1991
(318) 448-1306

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the above and foregoing Objection to Confirmation of Plan has this day been served on the debtor(s) and the attorney for the debtor(s) by placing a copy of the same in the United States Mail, postage prepaid, addressed to:

John Perry Hodges, Jr.            Thomas C. McBride
Ericka Dawn Hodges                301 Jackson St., Suite 101
290 Bottom Road                   Alexandria, LA 71301
Kelly, LA 71441

Alexandria, Louisiana, this 20th day of February, 2018.

By: /s/ Ryan Robison