IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| Case No: 17-80246 | John Perry Hodges, Jr. |
| Attorney: Thomas C. McBride | Ericka Dawn Hodges |
| Chapter 13 | DEBTOR(S) |

## *TRUSTEE'S REPORT AND RECOMMENDATION*

1. A Plan has not been previously confirmed.

2. Debtors attended a Section 341 Meeting.

3. Payments to the Plan have been made and are current.

4. Income and Expenses from Schedules I and J are:
   Income **$10,050.36** Expenses **$6,035.36** Disposable Income **$4,015.00**

5. Objections to Confirmation:
   1. Debtor(s) has/have failed to make payments in the amount proposed by the plan as required under 11 U.S.C. § 1326(a)(1)(A). Debtors failed to make the payment of $4,015.00 due February 9, 2017. **-RESOLVED**
   2. The plan states it is funded to pay $27,926.18 to general unsecured creditors, but is funded to pay only $26,890.26.
   3. The plan does not state that Debtors will continue to make payments directly to Trustee.

6. The Objection has not been resolved.

7. The Trustee does not recommend Confirmation.

Respectfully submitted this 1st day of March, 2018.

_____
Jon C. Thornburg, Trustee
Ryan Robison, Staff Attorney (Bar Roll #30695)
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)