IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: 17-80246
**John Perry Hodges, Jr.** Chapter 13
**Ericka Dawn Hodges**
**DEBTOR(S)**

## OBJECTION TO CONFIRMATION OF PLAN

NOW INTO COURT comes Jon C. Thornburg, Chapter 13 Standing Trustee, who objects to confirmation of the plan to be heard on March 29, 2018 in that:

1. The plan does not state that Debtors will continue to make payments directly to Trustee.

WHEREFORE, the trustee moves this court for an order denying confirmation of the plan, and granting Debtors a reasonable period of time to submit an amended/modified plan which cures the objections above raised and/or dismissing this case and for all other just and proper relief.

Respectfully submitted this 22nd day of March, 2018.

JON C. THORNBURG
CHAPTER 13 STANDING TRUSTEE

/s/ Ryan Robison
_____

Jon C. Thornburg, Trustee
Ryan Robison, Staff Attorney (Bar Roll #30695)
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)
P.O. Box 11877
Alexandria, LA 71315
(318) 448-1306

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the above and foregoing Objection to Confirmation of Plan has this day been served on the debtor(s) and the attorney for the debtor(s) by placing a copy of the same in the United States Mail, postage prepaid, addressed to:

| | |
|---|---|
| John Perry Hodges, Jr. | Thomas C. McBride |
| Ericka Dawn Hodges | 301 Jackson St., Suite 101 |
| 290 Bottom Road | Alexandria, LA 71301 |
| Kelly, LA 71441 | |

Alexandria, Louisiana, this 22nd day of March, 2018.

By: /s/ Ryan Robison