IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

Case No: 17-80246  
Attorney: Thomas C. McBride  
Chapter 13  

John Perry Hodges, Jr.  
Ericka Dawn Hodges  
DEBTOR(S)  

## TRUSTEE'S REPORT AND RECOMMENDATION

1. A Plan has not been previously confirmed.

2. Debtors attended a Section 341 Meeting.

3. Payments to the Plan have been made and are current.

4. Income and Expenses from Schedules I and J are:
   Income **$10,050.36** Expenses **$6,035.36** Disposable Income **$4,015.00**

5. Objections to Confirmation:
   1. The plan does not state that Debtors will continue to make payments directly to Trustee. **-RESOLVED**

6. The Objection has been resolved.

7. The Trustee does recommend confirmation.

Respectfully submitted this 29th day of March, 2018.

_____
Jon C. Thornburg, Trustee
Ryan Robison, Staff Attorney (Bar Roll #30695)
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)