## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

IN RE:    **JOHN PERRY HODGES, JR.**           **CASE NUMBER: 17-80246**
            **ERICKA DAWN HODGES**                **CHAPTER 13**

### RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

**NOW INTO COURT**, through the undersigned counsel, come **JOHN PERRY HODGES, JR. AND ERICKA DAWN HODGES**, debtors in the above-captioned Chapter 13 proceeding, who respectfully respond to the Motion For Relief From Stay filed herein by First Guaranty Mortgage Corporation, as serviced by Rushmore Loan Management Services, LLC ("Creditor") as follows:

1.

Creditor filed a Motion For Relief From Automatic Stay alleging that the debtors have failed to make payments.

2.

Debtors oppose this motion on the following grounds:

    a)     Debtors shall file a Mendoza modification to include all post-petition arrears plus attorney fees and costs.

**WHEREFORE**, **JOHN PERRY HODGES, JR. AND ERICKA DAWN HODGES** respectfully move this Court for an Order denying the Motion For Relief From Automatic Stay filed herein by Creditor.

Respectfully submitted this 5th day of October, 2018.

                                    **McBride Law Firm**

                                  /s/Thomas C. McBride
                              By: Thomas C. McBride, (#09210)
                                  Kathryn A. Wiley (#33672)
                                  Thomas C. McBride, LLC
                                  McBride Law Firm
                                  301 Jackson Street, Suite 101
                                  Alexandria, LA 71301
                                  Telephone (318) 445-8800
                                  Facsimile (318) 445-8066
                                  tom@tommcbridelaw.com
                                  kathryn@tommcbridelaw.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:     JOHN PERRY HODGES, JR.     CASE NUMBER: 17-80246
            ERICKA DAWN HODGES            CHAPTER 13

**CERTIFICATE OF SERVICE**

       I DO HEREBY CERTIFY that a true and correct copy of the above and foregoing Response to Motion For Relief From Stay has this day been served on the following by placing a copy of the same in the United States Mail, postage prepaid and affixed thereto:

John and Ericka Hodges
290 Bottom Road
Kelly, LA 71441

\*\*The following entities were served by electronic transmission only:

Jon C. Thornburg
jon@ch13alex.com

Jason R. Smith
jasonsmith@creditorlawyers.com

Alexandria, Louisiana this 5th day of October, 2018.

                                                     /s/Melissa Fisher