IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: 17-80246
John Perry Hodges, Jr. Chapter 13
Ericka Dawn Hodges
DEBTOR(S)

## OBJECTION TO CONFIRMATION OF PLAN

NOW INTO COURT comes Jon C. Thornburg, Chapter 13 Standing Trustee, who objects to confirmation of the plan to be heard on December 20, 2018 in that:

1. The proposed total paid in amount is incorrect. Total paid in should be $ $67,080.00 through month 19, October 2018, not $69,206.00.
2. The plan does not identify changes made to Part 3.2.

WHEREFORE, the trustee moves this court for an order denying confirmation of the plan, and granting Debtors a reasonable period of time to submit an amended/modified plan which cures the objections above raised and/or dismissing this case and for all other just and proper relief.

Respectfully submitted this 13th day of December, 2018.

JON C. THORNBURG
CHAPTER 13 STANDING TRUSTEE

/s/ Ryan Robison
_____

Jon C. Thornburg, Trustee
Ryan Robison, Staff Attorney (Bar Roll #30695)
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)
P.O. Box 11877
Alexandria, LA 71315
(318) 448-1306

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the above and foregoing Objection to Confirmation of Plan has this day been served on the debtor(s) and the attorney for the debtor(s) by placing a copy of the same in the United States Mail, postage prepaid, addressed to:

John Perry Hodges, Jr.  THOMAS C. MCBRIDE
Ericka Dawn Hodges  301 JACKSON ST., STE 101
290 Bottom Road  ALEXANDRIA, LA 71301
Kelly, LA 71441

Alexandria, Louisiana, this 13th day of December, 2018.

By: /s/ Ryan Robison
_____