IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**Case No: 17-80246**  John Perry Hodges, Jr.
**Attorney: THOMAS C. MCBRIDE**  Ericka Dawn Hodges
**Chapter 13**  DEBTOR(S)

## *TRUSTEE'S REPORT AND RECOMMENDATION*

1. A Plan has been previously confirmed.

2. Debtors attended a Section 341 Meeting.

3. Payments to the Plan have been made and are current.

4. Income and Expenses from Schedules I and J are:
   Income **$10,050.35** Expenses **$4,500.36** Disposable Income **$5,549.99**

5. Objections to Confirmation:
   1. The proposed total paid in amount is incorrect. Total paid in should be $ $67,080.00 through month 19, October 2018, not $69,206.00. **-RESOLVED**
   2. The plan does not identify changes made to Part 3.2. **-RESOLVED**

6. The Objection has been resolved.

7. The Trustee does recommend confirmation.

Respectfully submitted this 20th day of December, 2018.

_____
Jon C. Thornburg, Trustee
Ryan Robison, Staff Attorney (Bar Roll #30695)
Brandi M. Jolley, Staff Attorney (Bar Roll #32170)