Thomas C. McBride, LLC d/b/a
# McBRIDE LAW FIRM
SUITE 101
301 JACKSON STREET
ALEXANDRIA, LA 71301
TELEPHONE: (318)445-8800
TELECOPIER: (318)445-8066
www.tommcbridelaw.com

THOMAS C. McBRIDE
KATHRYN A. WILEY
REBECCA A. McBRIDE

January 8, 2020

United States Bankruptcy Court
Western District of Louisiana
300 Jackson Street
Alexandria, Louisiana 71301

    Re:   *In Re: John Perry Hodges, Jr. and Ericka Dawn Hodges*
           USBC; WDLA; Case No. 17-80246; Chapter 13

Dear Sir/ Madam:

    Please be advised of the change of address for the debtor(s) in the above-referenced matter. The new address for the debtor(s) is as follows:

> **Hodges, Ericka Dawn**
> **204 N. 6th St.**
> **Dodson, LA 71422**

    Please correct the record to reflect this address.

    If you have any questions, please do not hesitate to contact me.

    With kindest regards, I am

                          Yours truly,

                          **McBride Law Firm**

                          **by: /s/Joie Johnson**
                            Joie Johnson, Paralegal